IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Cindy Mitchell
_____

_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Judge Christy Little
Cynthia Jimmy Herman
Jessica Wolfe Schilladay
(Enter above the full name of the defendant
or defendants in this action.)

**RECEIVED**

MAY   4 2016

**CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
   A.   Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1.   Parties to this previous lawsuit

        Plaintiffs:        _____

                           _____

        Defendants:        _____

                           _____

        2.   Court (if federal court, name the district; if state court, name the county):
             _____

        3.   Docket Number: _____

        4.   Name of judge to whom case was assigned:_____

        5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still
             pending?)
             _____

        6.   Approximate date of filing lawsuit:_____

        7.   Approximate date of disposition:_____

-1-                                                          Revised 4/18/08

II.    Place of Present Confinement:_____

    A. Is there a prisoner grievance procedure in the institution?

                                                                   Yes ( )  No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?                                                  Yes ()   No ()

    C. If your answer is Yes:

      1. What steps did you take?_____

           _____

      2. What was the result?_____

           _____

    D.  If your answer is No, explain why not:_____

       _____

III.    Parties
    (In item A below, place your name in the first blank and place your present address in the
    second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff Cindy Mitchell

    Address P.O. box 862 Paducah, Ky. 42002

    (In item B below, place the full name of the defendant in the first blank, his official
    position in the second blank, and his  and his place of employment in the third blank.
    Use Item C for the names, positions, and places of employment of an additional
    defendants.)

    B. Defendant Judge Christy Little _____is employed as

    at as a Juvenile Judge in Jackson, TN.

    C. Additional Defendants: Cynthia and Jimmy Herman
    Jessica Wolfe Schilladay

IV.    Statement of Claim

    State here as briefly as possible the facts of your case. Describe how each defendant is
    involved. Include also the names of other persons involved, dates, and places. Do not
    give any legal arguments or cite any cases or statutes. If you intend to allege a number of
    related claims, number and set forth each claim in a separate paragraph. Use as much
    space as you need. Attach extra sheet if necessary.

I Cindy M. Mitchell gave birth to Jaylen Cornelious Mitchell Feb. 4th, 2008 I was an inmate in the Madison co. Jail my mind had been altered under a substance. Crack cocaine. When Judge Christy Little stated to me If I did not surrender my Parental rights would be terminated but She also stated this would be an open adoption his last name would be changed but not his first name and If I ever changed my life I could have contact and the records would never be sealed I'm clean now and wanna see my son

Revised 4/18/08

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.

      I want a court date with Judge Christy Little (Federal court trial is what I want because my rights have been violated I want Cynthia and Jimmy her man Subpaned and to be made to have my Son in court I also want Jessica wolf Schilladay caseworker Subpaned as well. I want visitation with my Son this is open adoption and I've not been treated fair at all.

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

      Signed this 24th day of April , 20 16 .


                                            Cindy Mitchell


                                            _____
                                            (Signature of Plaintiff/Plaintiffs)

-3-                                                           Revised 4/18/08